Laura C. McHugh, SBN: 180930
Christina Bucci Hamilton, SBN: 292047
DUGGAN LAW CORPORATION
641 Fulton Ave., Suite 200
Sacramento, CA 95825
Telephone:    916.550.5309
Facsimile:    916.404.5900
laura@duggan-law.com
christina@duggan-law.com

Attorneys for Defendant,
BRUNSWICK EAST OFFICE
CONDOMINIUMS, BUILDING #1
OWNERS ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL WILSHUSEN**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**BRUNSWICK EAST OFFICE CONDOMINIUMS, BUILDING #1 OWNERS ASSOCIATION**, a California Domestic Non-profit Corporation; a Does 1-10,<br><br>　　　　Defendants. | Case No. 2:18-cv-00295-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING RULE 271 DEADLINE TO COMPLETE VDRP SESSION** |

Pursuant to Federal Rules of Civil Procedure 144(a), Plaintiff, CAROL WILSHUSEN ("Plaintiff") and Defendant, BRUNSWICK EAST OFFICE CONDOMINIUMS, BUILDING #1 OWNERS ASSOCIATION, ("Defendant"), by and through their respective attorneys of record, Ray Ballister, Jr., Phyl Grace, Mary Irene Melton, Dennis Price, Laura C. McHugh, and Christina Bucci Hamilton, stipulate as follows:

WHEREAS, on August 23, 2018, the case was stayed and referred to VDRP.

WHEREAS, on October 30, 2018, the court's VDRP Administrator appointed Robert A. Blum as VDRP Neutral Attorney.

WHEREAS, pursuant to Local Rule 271(j)(1), the VDRP session must be completed within 91 days after the Neutral is appointed, which is January 29, 2019.

WHEREAS, Parties scheduled the mediation with Mr. Blum on January 25, 2019.

WHEREAS, the morning of January 25, 2019, Mr. Blum notified parties that due to a family emergency, he needed to postpone the mediation.

WHEREAS, Parties do not have sufficient time to complete the mediation by January 29, 2019.

THERFORE, IT IS HEREBY STIPULATED THAT:

1. The Parties hereby respectfully request that the January 29, 2019 deadline to complete the VDRP session be extended by 60 days to March 30, 2019 so that they may communicate with Mr. Blum to reschedule the mediation.

IT IS SO STIPULATED effective as of January 28, 2019.

Dated: January 29, 2019

**CENTER FOR DISABILITY ACCESS**

**By:** /s/ Dennis Price
Ray Ballister, Jr.
Phyl Grace
Dennis Price
Attorneys for Plaintiff,
CAROL WILSHUSEN

**DUGGAN LAW CORPORATION**

By: /s/ Laura C. McHugh
Laura C. McHugh
Christina Bucci Hamilton
Attorneys for Defendant,
BRUNSWICK EAST OFFICE
CONDOMINIUMS, BUILDING #1
OWNERS ASSOCIATION

# **ORDER**

GOOD CAUSE APPEARING, the deadline to complete the VDRP session is extended to March 30, 2019.

Dated: 1/29/2019 /s/ John A. Mendez
Hon. John A. Mendez
United States District Judge